

October 24, 2018

Honorable Judge Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
Central Islip, New York 11722

> **Debtor:** Anna M. Rapone
> **Case No.:** 8-18-72373-las
> **Chapter:** 7
> **Property Address: 8 Cougar Ct., Holtsville, NY 11742**

Dear Judge Scarcella,

    This firm represents Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as Trustee, on Behalf of the Holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1a secured creditor of the above-named Debtor. On June 19, 2018 a Loss Mitigation Order was entered by this Court (DE 35). We would respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding. The Loss Mitigation conference is scheduled for October 31, 2018 at 10:30 AM.

    Debtor had previously submitted a financial package for review. At this time we have been advised that the review has resulted in a denial. Debtor was reviewed and subsequently denied for the following options:

- SPS Unemployment Program – Debtor is not currently unemployed. Our records indicate that you are not currently receiving unemployment income. Therefore, you are not eligible to be reviewed for this unemployment program.

- SPS Trial Modification – A modification is not feasible. We are unable to offer you this program because we could not create an affordable payment within the program's guidelines.

- Deferral Plan – Insufficient Recent Payments. We are unable to offer you this program based on the delinquency of your account.

- Repayment Plan - This account is in an active Bankruptcy. We are unable to offer you this program at this time because there is an active bankruptcy filing referencing this account or property.

      Thank you for your consideration of this matter.  Please do not hesitate to contact me with any questions regarding the matter.

                                                         Respectfully,

                                                         /s/ Barbara Whipple\
                                                         Barbara Whipple Esq.\
                                                         Robertson, Anschutz & Schneid, PL\
                                                         bwhipple@rasflaw.com

cc:  Craig D. Robins., Esq (Via ECF)