

August 6, 2018

 ANNA MARIE RAPONE
51 E MAIN ST
SMITHTOWN, NY 11787-0000

RE:
    Property Address:    8 COUGAR CT
                                  HOLTSVILLE, NY 11742

Dear Customer(s):

You previously provided a complete Assistance Review Application and we are providing our response to that complete application. Because our records indicate that your lien may be subject to Bankruptcy, please read the following:

    Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect, and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

    If there is any bankruptcy proceeding pending that includes the subject property, then you may need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, if you are approved for a trial modification, this approval is conditioned on obtaining approval from the Bankruptcy Court with jurisdiction over your account before a permanent modification can be offered. The Bankruptcy Court may decline the request for a permanent modification.

Please review the enclosed letter regarding our review of the account. You may contact SPS at 888-818-6032 to discuss the enclosures. SPS representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**



August 6, 2018

  ANNA MARIE RAPONE
51 E MAIN ST
SMITHTOWN, NY 11787-0000

| | |
|---|---|
| Customer Name(s): | ANNA MARIE RAPONE |
| Property Address: | 8 COUGAR CT<br>HOLTSVILLE, NY 11742 |

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

If there is any bankruptcy proceeding pending that includes the subject property, then you may need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, if you are approved for a trial modification, this approval is conditioned on obtaining approval from the Bankruptcy Court with jurisdiction over your account before a permanent modification can be offered. The Bankruptcy Court may decline the request for a permanent modification.

SPS has completed its review of this account for the loss mitigation assistance requested. SPS conducts its reviews in accordance with applicable laws and investor eligibility rules. SPS is committed to a policy of nondiscrimination in all aspects of its servicing program.

**Loss Mitigation Program Decision**

After careful review of your account, we find that there are no home retention loss mitigation options for which you are approved. Review parameters and details are provided below. Please note, income was not required nor considered as part of our evaluation.

If you are currently eligible to receive principal reduction incentives for remaining current under a prior Home Affordable Modification, acceptance of this plan will discontinue accrued or future incentives.

**Non-Home Retention Options**

You may also be eligible for non-home retention options. Our approval of these non-home retention options is conditioned upon our receipt of information that may not be in your possession (e.g., appraisal or title search) that is necessary to establish the specifics of the offer. Depending on what the documents show, the specific option may not be available.



**Short Sale.** If you are interested in selling your property, but owe more than your home is worth, a short sale may be an option. In a short sale, SPS allows you to sell the mortgaged property and pay off your mortgage account for an amount which is less than the outstanding balance, interest and fees. Approval for this option is conditioned upon receipt of required documentation, investor, and/or mortgage insurer approval, if required, and evaluation of the amount being presented for pay off of the outstanding lien. If you are interested in this option and have a current purchase offer on your home, please contact us immediately. If you are interested in selling your home, but need assistance in finding an experienced real estate agent to assist you, SPS can refer you to an agent in your area. Please contact one of our representatives at the number below for more information.

**Deed in Lieu of Foreclosure.** With a deed in lieu, you agree to transfer the title or ownership of your property to the owner or servicer of your mortgage in order to avoid foreclosure sale and satisfy all or a portion of the mortgage debt. The amount of debt satisfied by this transfer of ownership is based on the approved value of your home. In some cases, you may be responsible for a remaining balance of the mortgage debt over and above the approved value. This option is conditioned upon receipt of required documentation, investor and/or mortgage insurer approval, if required, and the ability to provide title to the property clear of all other liens.

As stated, these options have different requirements and guidelines, and not all accounts will qualify. Moreover, some of these options may offer financial assistance for your relocation. Please contact SPS for more detail.

### Regulatory Notice of Non-Approval

SPS reviewed your complete Assistance Review Application for eligibility under its loss mitigation options, which are established through investor rules and are based on your individual circumstances. All program(s) below are the program(s) for which you were denied and the specific reason for non-approval. These denials are based on the criteria where your account did not pass the program eligibility requirements; we did not consider other criteria regarding ineligibility as part of our decision.

- **SPS Unemployment Program**

  **Not Currently Unemployed.**
  Our records indicate that you are not currently receiving unemployment income. Therefore, you are not eligible to be reviewed for this unemployment program.

- **SPS Trial Modification**

  **Modification not feasible.**
  We are unable to offer you this program because we could not create an affordable payment within the program's guidelines.

- **Deferral Plan**

  **Insufficient Recent Payments**
  We are unable to offer you this program based on the delinquency of your account.

- **Repayment Plan**

  **Active Bankruptcy.**
  We are unable to offer you this program at this time because there is an active bankruptcy filing referencing this account or property.

### Right to Appeal

You have the right to appeal any non-approval for which you believe an error has occurred by providing a written explanation of why you believe our determination was incorrect, along with all supporting evidence, within thirty (30) days of the date of this letter to:

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277
Relationship.Manager@SPServicing.com

You have thirty (30) calendar days from the date of this notice to contact SPS to discuss the reason for non-approval. **No foreclosure sale will be conducted and you will not lose your home** during this 30-day period or any longer period required for us to review supplemental material you may provide in response to this notice. If a foreclosure sale has already been scheduled we will instruct our attorney to file a motion to postpone such sale. It is possible however that a court will deny the motion and the sale will proceed. If that happens we will be unable to provide loss mitigation.

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 800-342-3736 or www.dfs.ny.gov.**

### Notice of Error or Information Request

If you believe there has been an error with the account or you require additional information, you may send a written Notice of Error or Information Request. All Notices of Error or Information Requests must be sent in writing to the address listed below, as this is our exclusive address under Federal Law for these matters. If you send your correspondence to any other address, it may not be processed in accordance with Federal law.

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277

### Contact Us

If you have any questions, your assigned Relationship Manager, Frieda Maluia, can be reached toll free at 800-258-8602 Ext. 36832 or by email at Relationship.Manager@SPServicing.com.

At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available resolution options. If you have any questions or concerns, please contact our Loan Resolution Department. Our toll-free number is 888-818-6032, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like to speak with a HUD approved counselor, call the Homeowner's HOPE™ Hotline 888-995-HOPE (4673). The Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, DC 20552.

**Net Present Value (NPV) Results**
Below are the inputs used in the NPV calculation conducted during our review for the SPS Trial Modification loss mitigation option.

### NPV Data Input Field Values (SPS)

| Input Data Fields | Explanation | Value used in NPV calculation to determine the eligibility of your mortgage |
|---|---|---|
| **I. Customer Information** | | |
| 1. Current Customer Credit Score | This field identifies your credit score as provided by one or more of the three national credit reporting agencies. | |
| 2. Current Co-customer Credit Score | If a co-customer is listed on the mortgage, this field identifies the co-customer's credit score as provided by one or more of the three national credit reporting agencies. | |
| 3. Monthly Gross Income | This field identifies the monthly gross income of all customers on your mortgage before any payroll deductions or taxes.<br><br>• All non-taxed income, including non-taxed social security income/disability income, is considered net income. To calculate the gross income for non-taxed income, SPS multiplies the non-taxed income by 1.25 (125 percent) to estimate the monthly gross income<br><br>• All rental income will include a vacancy factor by grossing down the rental income by 25 percent. Rental income is then determined by subtracting the rental income amount from the rental mortgage payment, including taxes and insurance (if escrowed) and HOA fees (if applicable). | |
| **II. Property Information** | | |
| 4. Property Value | This field identifies the estimated fair market value of your property used by us, your servicer for this analysis. | $320,000.00 |
| 5. Property Valuation Type | This field identifies the method by which your property was valued (as noted in Field 6, Property Value).<br><br>1. Automated Valuation Model (AVM)<br>2. Exterior Broker Price Opinion (BPO) /Appraisal (as is value)<br>3. Interior BPO /Appraisal (as is value) | DRVB |

# SHORT SALE
# ACCEPTANCE FORM

Send this signed form with your Property Listing Agreement (signed by all borrowers) and the enclosed Authorization Form by August 20, 2018 to start the process. You don't need to send a payment at this time. After we receive the documents above, we will contact you with information about the specific details of the sale process.

Send this form and the additional required documents to:

General Mail:
Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277
Fax: 801-270-7833
Email: shortsale@spservicing.com

Sign: _____    Date:_____
   ANNA MARIE RAPONE


Sign: _____    Date:_____



# General Third Party Authorization

SPS Account Number: _____

SPS Customer(s) Name: _____

Property Address: _____
_____

**Please send this completed authorization to:**

**Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT  84165
or
Fax:  801-269-4405**

**I (we) hereby authorize Select Portfolio Servicing, Inc. (SPS) to release, furnish, and provide any information related to the above-referenced mortgage account to:**

Third Party Name: _____

Company Name: _____

Relationship to Customer(s): _____
_____

Phone Number: _____     Fax Number: _____

If the above authorization is a result of a Power of Attorney, Order of Guardianship/Conservatorship, or Administration of an Estate, please attach documentation verifying this authority.

**If your authorization is for something <u>other than a full account disclosure</u>, please indicate below which <u>limited information</u> you authorize SPS to release, furnish and provide to the above authorized third party:**

☐  Verification of Mortgage

☐  Payment History

☐  Other _____
_____

☐  Payoff Statement as of Date _____

Please indicate the payoff reason:

☐  Refinance with other company

☐  Sale of property

I hereby authorize the above-referenced individual(s) to obtain information regarding my mortgage account identified above. I agree that SPS will not be held responsible in any manner for relying upon or following the authorization and/or instructions I have given herein.  I also agree that SPS has no responsibility to verify the identity of my authorized third party, nor will SPS be liable for anything my authorized third party may do with the information they obtain regarding my account. I acknowledge and agree that fees, as allowed by law and my mortgage documents, may be assessed to my account as a result of my authorized third party's request(s).

This authorization is valid for one (1) year from the date of receipt unless otherwise specified here: _____. If at any time I choose to revoke this authorization, it is my responsibility to notify SPS by calling SPS's Customer Service Department at 800-258-8602.

_____          _____
Customer Signature                         Date

_____          _____
Co-Customer Signature                   Date

Please allow up to three (3) business days after receipt for this authorization to be uploaded into your account.